# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RANDOLPH PUGH and JENNIFER PUGH, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>RODNEY TRUMBULL and JANE DOE TRUMBULL, husband and wife,<br><br>Defendants. | No. 2:17-CV-0090-JTR<br><br>ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT LEFORE HONEY FARMS WITHOUT PREJUDICE |

**BEFORE THE COURT** is the parties' joint motion for the entry of a stipulated order dismissing Defendant Lefore Honey Farms from this lawsuit. ECF No. 18. Attorney William A. Gilbert represents Plaintiffs; Defendants are represented by Steven R. Stocker. The parties have consented to proceed before a magistrate judge. ECF No. 12.

Good Cause appearing therefor, **IT IS HEREBY ORDERED:**

1. The parties' joint motion to dismiss Defendant Lefore Honey Farms without prejudice, **ECF No. 18**, is **GRANTED**.

2. Defendant Lefore Honey Farms is **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk of the Court is directed to **STRIKE** Defendant Lefore Honey Farms from the case caption and all further pleadings in this action.

ORDER . . . - 1

1     **IT IS SO ORDERED.** The District Court Executive is directed to file this
2 Order and provide copies to counsel for Plaintiffs and Defendants.
3     DATED September 22, 2017.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER . . . - 2