FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 13, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RANDOLPH PUGH and JENNIFER PUGH, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>RODNEY TRUMBULL and JANE DOE TRUMBULL, husband and wife,<br><br>Defendants. | No. 2:17-CV-0090-JTR<br><br>ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANTS RODNEY AND JANE DOE TRUMBULL WITH PREJUDICE |

**BEFORE THE COURT** is the parties' joint motion for the entry of a stipulated order dismissing Defendants Rodney Trumbull and Jane Doe Trumbull from this lawsuit. ECF No. 41. William A. Gilbert represents Plaintiffs; Defendants are represented by Steven R. Stocker. The parties have consented to proceed before a magistrate judge. ECF No. 12.

Good Cause appearing therefor, **IT IS HEREBY ORDERED:**

1. The parties' joint motion to dismiss, **ECF No. 41**, is **GRANTED**.

2. Defendants Rodney and Jane Doe Trumbull are **DISMISSED WITH PREJUDICE and without attorneys' fees to either party**.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide copies to counsel for Plaintiffs and Defendants, and **CLOSE THE FILE**.

DATED May 13, 2019.

_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER . . . - 1